UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN RAY RIDDALL,   )
                      )
    Petitioner,       )   CASE NO.   C05-1750RSM
                      )              (CR03-425RSM)
    v.                )
                      )
UNITED STATES OF AMERICA,  )   ORDER DISMISSING MOTION
                      )   UNDER 28 U.S.C. § 2255
    Respondent.       )
_____)

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) is DISMISSED.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 17th day of February, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING § 2255 MOTION